**Order entered December 6, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00970-CV

### IN RE SUSAN HARRIMAN, Relator

**Original Proceeding from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-11994**

## ORDER

Before Justices Bridges, Brown, and Boatright

Based on the Court's opinion of this date, we **DENY** relator's "Motion to Vacate Trial Court Orders, Implement Settlement Agreement and Dismiss," **DISMISS** this original proceeding as moot, and **ORDER** that the Court's November 5, 2018 sealing order remain in effect following dismissal of this proceeding. We **LIFT** the Court's November 2, 2018 stay of all trial court proceedings relating to the Attorney Theos Email. We **ORDER** the parties to each bear their own costs, if any, of this original proceeding.

/s/ ADA BROWN
JUSTICE